FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRELL E. PARSLEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY, f/k/a Burling Northern and Santa Fe Railway Company,<br><br>　　Defendant. | No. 2:21-CV-00165-SAB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　Before the Court is the parties' Motion for Entry of Stipulated Order of Dismissal with Prejudice, ECF No. 35. Plaintiff is represented by Jennifer Hoffman and Wayne Mitchell. Defendant is represented by Michael Chait and Steven Williams.

　　The parties ask the Court to enter an order of dismissal with prejudice of all matters and claims against Defendant without fees and costs to any party. The parties presented the Court with Stipulation of Dismissal with Prejudice executed by counsel from both parties.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. The parties' Motion for Entry of Stipulated Order of Dismissal with Prejudice, ECF No. 35, is **GRANTED**.

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 1**

2. All matters and claims in controversy in the above-captioned case are **DISMISSED** with prejudice without fees and costs to any party.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel and **close** the file.

**DATED** this 21st day of September 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 2**